Christian Gabroy, Esq.
Nev. Bar No. 8805
Kaine Messer. Esq.
Nev. Bar No. 14240
GABROY | MESSER
The District at Green Valley Ranch
170 South Green Valley Parkway
Suite 280
Henderson, NV 89012
Tel. (702) 259-7777
Fax. (702) 259-7704
christian@gabroy.com
kmesser@gabroy.com

*Attorneys for Defendant Jason Finch*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| EBET, INC., a Nevada Corporation,<br><br>　　　　　Plaintiff(s),<br>vs.<br><br>JASON FINCH, an Individual,<br><br>　　　　　Defendant(s). | Case No: 2:22-cv-01553-CDS-VCF<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE RESPONSIVE PLEADING ON BEHALF OF DEFENDANT JASON FINCH**<br><br>**(First Request)** |

### STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE RESPONIVE PLEADING ON BEHALF OF DEFENDANT JASON FINCH

It is hereby stipulated by and between Plaintiff EBET, Inc., ("Plaintiff") through its counsel Michael C. Van, Esq., Garret R. Chase, Esq., of Shumway Van along with Farhad Novian, Esq., Alexander B. Gura, Esq., Alexander Kandel, Esq., of Novian & Novian, LLP and Defendant Jason Finch, ("Defendant") through his counsel Christian Gabroy, Esq. and Kaine Messer, Esq. of Gabroy | Messer, shall have an extension up to and including October 21, 2022, for Defendant to file his responsive pleading. This stipulation is submitted per LR IA 6-1 and based upon the following:

　　　1.　　The Plaintiff filed its Complaint on or about September 15, 2022, in the United States District Court for the District of Nevada, Case No. 2:22-cv-01553-CDS-VCF. The summons was served on or about September 16, 2022.

2.	The Defendant's responsive pleading is currently due on or about October 7, 2022.

3.	This is the first request for an extension of time for the Defendant to file his responsive pleading.

4.	This request for extension is made in good faith, with good cause, and not for the purpose of delay but rather due to the recency of our retention and conducting due diligence.   Further, Defendant's counsel has requested this extension from Plaintiff as prior work and personal commitments have caused this necessary requested extension.

5.	Nothing in this Stipulation, nor the fact of entering to the same, shall be construed as waiving any claim and/or defense held by any party.

**IT IS SO STIPULATED.**

DATED this 6th day of October 2022

Respectfully submitted,

| /s/ Alexander Kandel | /s/ Christian Gabroy |
|---|---|
| Michael C. Van, Esq., (#3876) | Christian Gabroy, Esq., (#8805) |
| Garrett R. Chase., Esq., (14498) | Kaine Messer, Esq., (#14240) |
| SHUMWAY VAN | GABROY \| MESSER |
| | The District at Green Valley Ranch |
| Farhad Novian, Esq. | 170 South Green Valley Parkway |
| (Admitted *Pro Hac Vice*) | Suite 280 |
| Alexander Kandel, Esq. | Henderson, NV 89012 |
| (Admitted *Pro Hac Vice*) | Tel. (702) 259-7777 |
| Alexander B. Gura, Esq. | Fax. (702) 259-7704 |
| (Admitted *Pro Hac Vice*) | christian@gabroy.com |
| NOVIAN & NOVIAN, LLP | kmesser@gabroy.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

IT IS SO ORDERED.

_____
Cam Ferenbach
United States Magistrate Judge
10-7-2022
DATED _____