Christian Gabroy
Nev. Bar No. 8805
Kaine Messer
Nev. Bar No. 14240
GABROY | MESSER
The District at Green Valley Ranch
170 South Green Valley Parkway
Suite 280
Henderson, NV 89012
Tel. (702) 259-7777
Fax. (702) 259-7704
christian@gabroy.com
kmesser@gabroy.com
*Attorneys for Defendant Jason Finch*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| EBET, INC., a Nevada Corporation,<br><br>Plaintiff(s),<br><br>vs.<br><br>JASON FINCH, an Individual,<br><br>Defendant(s). | Case No: 2:22-cv-01553-CDS-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO PLAINTIFF'S MOTION FOR PROTECTIVE ORDER**<br><br>**(First Request)** |

**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO PLAINTIFF'S MOTION FOR PROTECTIVE ORDER**

It is hereby stipulated by and between Plaintiff EBET, Inc., ("Plaintiff") through its counsel Michael C. Van, Esq., Garret R. Chase, Esq., of VC2 Law along with Farhad Novian, Esq., Alexander B. Gura, Esq., Alexander Kandel, Esq., of Novian & Novian, LLP and Defendant Jason Finch, ("Defendant") through his counsel Christian Gabroy, Esq. and Kaine Messer, Esq. of Gabroy | Messer, shall have an extension up to and including March 24, 2023, for Defendant to file his response to Plaintiff's Motion for Protective Order (ECF No. 24, filed February 13, 2023). This is the first request for an extension to respond. This stipulation is submitted per LR IA 6-1 and based upon the following:

1. Plaintiff filed its Motion for Protective Order on or about February 13, 2023. *See* ECF No. 24, p. 1.

2. Defendant's response is currently due on or about February 27, 2023.

3. This is the first request for an extension of time for the Defendant to file his response.

4. This request for extension is made in good faith, with good cause, and not for the purpose of delay. Specifically, the parties have tentatively agreed on attending a mediation before Hon. Gene T. Porter (Ret.) on March 17, 2023. This request is sought in order to avoid potentially unnecessary costs and expense should the parties achieve resolution at the upcoming mediation. Defendant has requested this extension and Plaintiff has agreed to such request.

/ / /

5. Nothing in this Stipulation, nor the fact of entering to the same, shall be construed as waiving any claim and/or defense held by any party.

**IT IS SO STIPULATED.**

DATED this 27th day of February 2023

Respectfully submitted,

| /s/ Michael C. Van | /s/ Christian Gabroy |
|---|---|
| Michael C. Van | Christian Gabroy |
| Nev. Bar No. 3876 | Nev. Bar No. 8805 |
| Garrett R. Chase. | Kaine Messer |
| Nev. Bar No. 14498 | Nev. Bar No. 14240 |
| VC2 LAW | GABROY | MESSER |
| 8985 South Eastern Avenue | The District at Green Valley Ranch |
| Suite 100 | 170 South Green Valley Parkway |
| Las Vegas, NV 89123 | Suite 280 |
| | Henderson, NV 89012 |
| Farhad Novian, Esq. | *Attorneys for Defendant* |
| (Admitted *Pro Hac Vice*) | |
| Alexander Kandel, Esq. | |
| (Admitted *Pro Hac Vice*) | |
| Alexander B. Gura, Esq. | |
| (Admitted *Pro Hac Vice*) | |
| NOVIAN & NOVIAN, LLP | |
| 1801 Century Park East | |
| Suite 1201 | IT IS HEREBY ORDERED that any response to the motion for protective order (ECF No. 24) must be filed on or before March 24, 2023. |
| Los Angeles, CA 90067 | |
| *Attorneys for Plaintiff* | |

IT IS SO ORDERED.

_____
Cam Ferenbach
United States Magistrate Judge

DATED  2-28-2023