# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

EBET, INC., a Nevada corporation,

        Plaintiff(s),

v.

JASON FINCH, an individual,

        Defendant(s).

2:22-cv-01553-CDS-VCF

**ORDER**

Before the Court is defendant's notice of resolution in lieu of response to plaintiff's motion for protective order (ECF No. 30).

Accordingly,

IT IS HEREBY ORDERED that the parties must file a proposed stipulation and order for dismissal on or before July 24, 2023.

IT IS FURTHER ORDERED that plaintiff's motion for protective order (EF NO. 24) is DENIED without prejudice.

DATED this 24th day of May 2023.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE