**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| EBET, INC, | 2:22-cv-01553-CDS-VCF |
| Plaintiff, | |
| vs. | **Order** |
| Jason Finch, | |
| Defendant. | |

I previously ordered the parties to file a proposed stipulation and order for dismissal on or before July 24, 2023. ECF No. 31. The parties have not filed anything.

Accordingly,

I ORDER that a video conference hearing is scheduled for August 7, 2023 at 10:00 AM.

I further order that counsel/the parties must email Courtroom Administrator Tawnee Renfro at Tawnee_Renfro@nvd.uscourts.gov, with an email address to be used for the video conference hearing by noon, August 4, 2023.

I ORDER that the following Video Conference Instructions be adhered to as follows:

INSTRUCTIONS FOR THE VIDEO CONFERENCE

Instructions to the scheduled hearings will be sent via email thirty (30) minutes prior to the hearing to the participants email provided to the Court.

• Log on to the call ten (10) minutes prior to the hearing time.

• Mute your sound prior to entering the hearing.

• Do not talk over one another.

• State your name prior to speaking for the record.

1

• Do not have others in the video screen or moving in the background.

• No recording of the hearing.

• No forwarding of any video conference invitations.

• Unauthorized users on the video conference will be removed.

IT IS SO ORDERED.

DATED this 27th day of July 2023.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE